AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Angela Jenice Robinson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:10-cv-185-DCN |
| Commissioner of the Social Security Administration | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■  other: It is ordered and adjudged that the Court accepts the Report and Recommendation of Magistrate Judge

Hendricks and affirms the final decision of the Commissioner.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, Chief United States District Judge

Date:    September 19, 2011                                     *CLERK OF COURT*

                                                       s/ John P. Bryan, Jr.
                                               _____
                                                      *Signature of Clerk or Deputy Clerk*